808

The People of the State of New York ex rel. Jones Estate Corporation, Appellant, v. William S. Miller et al., Constituting the Tax Commission of the City of New York et al., Respondents. (Tax Years 1938-39, 1939-40, 1940-41.) No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Elizabeth D. McDowell, Appellant, v. William F. Russell, Individually and as Dean of Teachers College, Columbia University, Respondent.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the City of New York, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Whitlock Avenue, in the Borough of the Bronx. 430 East 59th Street Corporation, Appellant.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

United States Guarantee Company, Respondent, v. George E. McLaughlin, Appellant.— No opinion. Present— Martin, P. J., Townley, Glennon and Dore, JJ.

Harold Halverson, Respondent, v. 562 West 149th St. Corporation et al., Defendants, and Renrose Realty Corporation, Appellant.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse and dismiss the complaint on the ground that there was no actionable negligence on the part of appellant and that plaintiff was guilty of contributory negligence.

Camille F. Schneider, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Sarah A. Berkow et al., Respondents, v. Edward S. Little et al., Appellants. — No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Olive Oil Industry, Inc., Appellant, v. Flotill Products, Inc., Respondent. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to affirm.

Samuel Chaiken, Appellant, v. Cecile Newborn, Respondent.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Waldron K. Post et al., as Executors of the Will of Caroline White, Deceased. The City of New York, Appellant, Lincoln School for Nurses, Respondent, Community Service Society of New York, Residuary Legatee.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Robert D. Emmerich, Appellant, Respondent, v. Central Hanover Bank and Trust Company, Respondent and Appellant.— No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.